

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2015

No. 04-15-00077-CV

Harry Oliver **WINKENHOWER**,
Appellant

v.

George Allan **SMITH**, independent executor of the Estate of Lyda Catherine Smith, Deceased,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-14-0000018
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant's reply brief was due on August 13, 2015. *See* TEX. R. APP. P. 38.6(c). On August 11, 2015, Appellant filed an opposed motion for extension of time to file the reply brief until September 2, 2015, for an extension of twenty days.

Appellant's motion is GRANTED. Appellant's reply brief must be filed by September 2, 2015. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S REPLY BRIEF WILL BE GRANTED.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court